UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.

3:12-CV-847-J-25JRK

JOANNE TOTH,

    Plaintiff,

v.

I.C. SYSTEM, INC.,

    Defendant.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

### NATURE OF ACTION

1. This is an action brought under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*

### JURISDICTION AND VENUE

2. This Court has jurisdiction under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331.

3. Venue is proper before this Court pursuant to 28 U.S.C. §1391(b), where the acts and transactions giving rise to Plaintiff's action occurred in this district, where Plaintiff resides in this district, and where Defendant transacts business in this district.

### PARTIES

4. Plaintiff, JOANNE TOTH ("Plaintiff"), is a natural person who at all relevant times resided in the State of Florida, County of Flagler, and City of Palm Coast.

5. Plaintiff is a "consumer" as defined by 15 U.S.C. § 1692a(3).

6. Defendant, I.C. SYSTEM, INC. ("Defendant") is a corporation that at all relevant times was engaged, by use of the mails and telephone, in the business of attempting to collect a "debt" from Plaintiff, as defined by 15 U.S.C. §1692a(5).

7. Defendant is a "debt collector" as defined by 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

8. Plaintiff is a natural person obligated, or allegedly obligated, to pay a debt owed or due, or asserted to be owed or due a creditor other than Defendant.

9. Plaintiff's obligation, or alleged obligation, owed or due, or asserted to be owed or due a creditor other than Defendant, arises from a transaction in which the money, property, insurance, or services that are the subject of the transaction were incurred primarily for personal, family, or household purposes.

10. Defendant uses instrumentalities of interstate commerce or the mails in a business the principal purpose of which is the collection of any debts, and/or regularly collects or attempts to collect, directly or indirectly, debts owed or due, or asserted to be owed or due another.

11. In connection with the collection of an alleged debt in default, Defendant began sending written correspondence and placing calls to Plaintiff on or about July 16, 2011. [*See* correspondence dated July 16, 2011, attached hereto as Exhibit A].

12. In response to Defendant's collection activities, Plaintiff sent Defendant written correspondence dated September 13, 2011, via certified mail, in which Plaintiff stated, in relevant part, as follows:

> "This letter comes in response to your repeated attempt to contact me regarding an alleged debt.
>
> I demand that you cease and desist from any further attempt to contact me."

13. Defendant received Plaintiff's demand to cease and desist collection activities on September 16, 2011 at 8:44 A.M. [*See* demand and certified receipt, attached hereto as Exhibit B].

14. Despite receipt of Plaintiff's written demand to cease and desist from initiating any further contact with Plaintiff, Defendant placed a telephone call to Plaintiff's residence on September 19, 2011 at 9:06 A.M., and at such time, Plaintiff again demanded that Defendant cease and desist from engaging in any communication with Plaintiff.

15. Defendant's actions constitute conduct highly offensive to a reasonable person, and as a result of Defendant's behavior Plaintiff suffered and continues to suffer injury to Plaintiff's feelings, personal humiliation, embarrassment, mental anguish and/or emotional distress.

## COUNT I
## VIOLATION OF 15 U.S.C. § 1692c(c)

16. Plaintiff repeats and re-alleges each and every allegation contained above.

17. Defendant violated 15 U.S.C. § 1692c(c) by communicating with Plaintiff after having received a letter from Plaintiff with a request to cease and desist all collection contacts or a statement that Plaintiff refuses to pay the alleged debt.

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

a) Adjudging that Defendant violated 15 U.S.C. § 1692c(c);

b) Awarding Plaintiff statutory damages, pursuant to 15 U.S.C. §1692k, in the amount of $1,000.00;

c) Awarding Plaintiff actual damages, pursuant to 15 U.S.C. §1692k;

d) Awarding Plaintiff reasonable attorneys' fees and costs incurred in this action;

e) Awarding Plaintiff any pre-judgment and post-judgment interest as may be allowed under the law;

f) Awarding such other and further relief as the Court may deem just and proper.

### TRIAL BY JURY

18. Plaintiff is entitled to and hereby demands a trial by jury.

Respectfully submitted this 24th day of July, 2012.

Respectfully submitted,

JOANNE TOTH

By: _____
ALEX D. WEISBERG
FBN: 0566551
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFF
5722 S. Flamingo Rd, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com

Exhibit "A"

I. C. SYSTEM, INC.
444 Highway 96 East, P.O. Box 64887
St. Paul, MN 55164-0887

Address Service Requested

444 Highway 96 East, P.O. Box 64381
St. Paul, MN 55164-0381
24/7 Phone: 1-800-988-4145
MON-THUR 7A-9P FRI 7A-8P
SAT 7A-1P SUN 4P-8P CT



I.C. SYSTEM

I.C. System Reference Number: 94899150-05

July 16, 2011

#BWNGRCC
#F0948991505107G3#
JEFFREY S. TOTH
99 BELVEDERE LN.
PALM COAST, FL 32137-8614

RE: HSBC Card Services
BALANCE DUE:                $1,836.32
Account No: 94899150-314-510-HC
File Number: XXXXXXXXXXXX8709

Dear Jeffrey S. Toth:

Your delinquent account has been turned over to this collection agency. The balance shown above is the amount due as of the date of this letter. This amount may change due to interest or other charges that may be added to the account after the date of this letter.

Tear off the bottom portion of this letter and return it with your payment.

We are a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

Sincerely,

Beth Brown

Beth Brown
Manager

You may pay online at www.yourpayment.com. Once there, you will need to enter your Reference Number: 94899150-05. There are no additional charges for making your payment online.

NOTICE

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

Telephone calls to or from our General Office are randomly monitored by supervisory personnel for business reasons not directly related to your account. Calls may be monitored and recorded for quality assurance.

ST510-510-0004035

**EXHIBIT B**

Jeffrey S. and Joanne Toth
99 Belvedere Lane
Palm Coast, FL 32137

September 13, 2011

Beth Brown
Manager
IC System, Inc.
PO Box 64887
S. Paul, MN 55164-0887

Mr./Ms. Collector,

This letter comes in response to your repeated attempt to contact me regarding an alleged debt.

I demand that you cease and desist from any further attempt to contact me. Please be aware that I will continue to document all attempts to communicate with me with respect to the alleged debt, and that any further such attempts will constitute a violation of the FDCPA. I will not hesitate to report violations of the law to my State Attorney General, the Federal Trade Commission and the national Better Business Bureau.

Signature,

*[signatures]*

Jeffrey S. Toth and
Joanne Toth



UNITED STATES
POSTAL SERVICE™

Date: 09/17/2011

JOANNE TOTH:

The following is in response to your 09/17/2011 request for delivery information on your Certified Mail(TM) item number 7010 1060 0001 2110 1209. The delivery record shows that this item was delivered on 09/16/2011 at 08:44 AM in SAINT PAUL, MN 55164 to B PITLE. The scanned image of the recipient information is provided below.

Signature of Recipient:

Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service